IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | ORDER DISMISSING CITATIONS AND QUASHING WARRANTS |
|---|---|
| Plaintiff, | |
| vs. | |
| JOHN C. ANDERSON,<br>DANIEL L. ALBRECHT,<br>DONALD L. DUFF<br>ROGER L. HISBADHORSE<br>RAKEL N. MORIGEAUREUM,<br>VICENTE R. PEREZ, JR.,<br>KENNETH B. WHITE, and<br>TODD J. SMITH, | 6:21-po-5001<br>6:21-po-5019<br>6:21-po-5020<br>6:22-po-5045<br>6:22-po-5056<br>6:21-po-5021<br>6:22-po-5030<br>6:22-po-5058 |
| Defendants. | |

Upon motion of the United States and for good cause shown, IT IS ORDERED that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 9th day of February, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge